**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EDGEWATER MEDICAL CENTER, | ) | No.  02 B 07378 |
| | ) | |
| | ) | Honorable Bruce W. Black |
| Debtor. | ) | |
| | ) | |
| _____ | ) | |
| EDGEWATER MEDICAL CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. No. 04 A 02327 |
| vs. | ) | |
| | ) | |
| PETER ROGAN, | ) | |
| BRADDOCK MANAGEMENT, L.P., | ) | |
| BAINBRIDGE MANAGEMENT, L.P., | ) | |
| BAINBRIDGE MANAGEMENT, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**EXHIBITS IN SUPPORT OF PLAINTIFF
EDGEWATER MEDICAL CENTER'S SUPPLEMENT TO ITS
PRIOR MOTION FOR SUMMARY JUDGMENT REGARDING DAMAGES
AND IN SUPPORT OF ITS SUPPLEMENT TO ITS LOCAL RULE 7056-1
STATEMENT OF UNDISPUTED MATERIAL FACTS**

# EXHIBIT 1

Case 04-02327 Doc 151 Filed 07/18/08 Entered 07/18/08 15:20:07 Desc Main
Document Page 2 of 4

```
 1            IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION
 3
 4      In re:                          )
                                        )
 5      EDGEWATER MEDICAL CENTER,       ) No. 02 B 07378
                                        )
 6                      Debtor.         )
        --------------------------------)
 7      EDEWATER MEDICAL CENTER,        )
                                        ) No. 04 A 2328
 8                      Plaintiff,      )
                                        )
 9              vs.                     )
                                        )
10      EDGEWATER PROPERTY COMPANY and  )
        PGR PROPERTIES, INC,            ) Chicago, Illinois
11                                      ) July 10, 2006
                        Defendants.     ) 9:15 a.m.
12                                      ) 2:00 p.m.
13                       VOLUME I
14          TRANSCRIPT OF PROCEEDINGS BEFORE THE
                  HONORABLE BRUCE W. BLACK
15
16
17      APPEARANCES:
18      MR. SCOTT MEDELOFF
        on behalf of the debtor;
19
        MR. PHILIP REED
20      on behalf of the defendants.
21
22
23
24
25
```

```
1    Northside, Edgewater Medical Center, Edgewater, EMC

2    all interchangeably, all right?

3         A    I understand that.

4              MR. MENDELOFF:  Let me ask Mr. Pruitt to

5    turn on the ELMO, please.

6    BY MR. MENDELOFF:

7         Q    This is stipulation number 96, and the

8    parties have stipulated to the information in front

9    of you, sir, which reflects board membership on the

10   Northside Operating Company board from August 18th,

11   1993 through at least March of 2000; is that

12   accurate?

13        A    It is.

14        Q    What positions did you have on the board of

15   Northside Operating Company?

16        A    I was the president of the board.

17        Q    When did you first hear of the entity that

18   became Northside Operating Company?

19        A    I believe it was sometime during 1993.

20        Q    And how did you hear about it?

21        A    Through my friend Scott Gross, who was the

22   owner and principal of Primus Hospital Management.

23   He indicated to me that there was some possibility

24   of a Chicago entity being brought into the Permian

25   family.
```